IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| Plaintiff, | * | |
| vs. | * | No. 4:12-cv-00399-SWW |
| | * | |
| | * | |
| BETTYE J. WILLIAMSON; | * | |
| JERRY W. WILLIAMSON; | * | |
| PEEL LAW FIRM, P.A.; | * | |
| BANK OF THE OZARKS; | * | |
| | * | |
| Defendants. | * | |

## ORDER

Pursuant to the disclaimer of interest and stipulation of dismissal [doc.#8] filed on

September 6, 2012, defendant Jerry W. Williamson is hereby dismissed from this action with

prejudice.

IT IS SO ORDERED this 7th day of September 2012.


/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE